# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **2:10-cr-334-HDM-PAL** |
| vs. | ) ORDER ON |
| ROBERTO RODRIGUEZ-GUIDO, | ) **STIPULATION TO CONTINUE MOTION DEADLINE** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, Assistant United States Attorney, counsel for the United States of America, and RAQUEL LAZO, counsel for defendant ROBERTO RODRIGUEZ-GUIDO, that the motion deadline currently scheduled for October 23, 2010, be vacated and continued for two (2) weeks, or to a date and time to be set by this Honorable Court.

This stipulation is entered into based on the following:

1. Government counsel was out of the jurisdiction from October 4, 2010 to October 12, 2010 and will again be out of the jurisdiction from October 18, 2010 to October 22, 2010.

2. The defendant does not oppose the continuance of the motion deadline.

3. Denial of this request could result in a miscarriage of justice.

4. For the above-stated reason, the ends of justice would best be served by a continuance of the motion deadline.

. . .

5. This is the first request for continuance of the motion sought herein.

DATED this 14th day of October, 2010.

                                                             Respectfully Submitted,

                                                             DANIEL G. BOGDEN
                                                             United States Attorney

/s/ Raquel Lazo                                            /s/ Phillip N. Smith, Jr.
_____       _____
RAQUEL LAZO, AFPD                            PHILLIP N. SMITH, JR.
Counsel for defendant Rodriguez-Guido     Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **2:10-cr-334-HDM-PAL** |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ROBERTO RODRIGUEZ-GUIDO, ) | |
| ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the motion deadline currently scheduled for October 23, 2010, be vacated and continued to November 8, 2010.

**DATED** this 18th day of October, 2010.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE